UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| INTERNATIONAL FOREST PRODUCTS LLC, | )<br>)<br>) |
| Plaintiff, | )<br>) CIVIL ACTION<br>) NO. |
| v. | )<br>) |
| WILKEY WILLISON, | )<br>)<br>) |
| Defendant. | )<br>) |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff, International Forest Products LLC ("International Forest Products"), hereby makes the following disclosures:

1. International Forest Products is a Delaware limited liability company.

2. IFP Enterprises LLC and IFP Holdings Corporation own 100% of the equity in International Forest Products. IFP Enterprises LLC is owned by Kraft Enterprises LLC. IFP Holdings Corporation is the managing member of International Forest Products. No publicly held corporation owns ten percent or more of the membership of International Forest Products.

Respectfully submitted,

**INTERNATIONAL FOREST PRODUCTS LLC**

By its attorneys,

*/s/ Brandon L. Bigelow*
Brandon L. Bigelow (BBO# 651143)
bbigelow@seyfarth.com
Caleb J. Schillinger (BBO# 676592)
cschillinger@seyfarth.com
Michael E. Jusczyk (BBO# 669893)
mjusczyk@seyfarth.com
**SEYFARTH SHAW LLP**
Seaport East
Two Seaport Lane, Suite 300
Boston, MA  02210-2028
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

John P. Phillips (Motion for Admission *Pro Hac Vice* Forthcoming)
Texas Bar No. 24083659
jphillips@seyfarth.com
**SEYFARTH SHAW LLP**
700 Milam Street, Suite 1400
Houston, TX 77002
Telephone:  (713) 225-2300
Facsimile:  (713) 225-2340

Dated:  April 19, 2019